IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRANCIS A. GILARDI, JR.; PHILIP M. GILARDI;
FRESH UNLIMITED, INC., d/b/a Freshway Foods;
and FRESHWAY LOGISTICS, INC.,

    Plaintiffs,

v.                                                                                               Civil Action No. 1:13-cv-104-EGS

UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES; SYLVIA M.
BURWELL, in her official capacity as Secretary of
the United States Department of Health and Human
Services; UNITED STATES DEPARTMENT OF
THE TREASURY; JACOB J. LEW, in his official
capacity as Secretary of the United States
Department of the Treasury; UNITED STATES
DEPARTMENT OF LABOR; and THOMAS E.
PEREZ, in his official capacity as Secretary of the
United States Department of Labor,

    Defendants.
_____/

**JOINT MOTION FOR ENTRY OF PERMANENT INJUNCTION AND JUDGMENT
AND JOINT RESPONSE TO COURT ORDER OF OCTOBER 3, 2014**

Subsequent to this Court's order of October 3, 2014, requiring Plaintiffs and Defendants to file supplemental memorandums regarding a permanent injunction and final judgment in this action, the parties have conferred and have agreed to language for a permanent injunction and final judgment and request that this Court accept this motion for entry of a permanent injunction and judgment in place of the ordered supplemental memorandums.

In light of the Supreme Court's decision in *Burwell v. Hobby Lobby Stores, Inc.*, 134 S. Ct. 2751 (2014), the parties jointly agree that judgment should be entered in favor of Plaintiffs on their Religious Freedom Restoration Act claim, that a permanent injunction should be entered, that all other claims against Defendants should be dismissed, and that the issue of Plaintiffs'

attorneys' fees and costs should be resolved pursuant to Local Civil Rules 54.1 and 54.2 after judgment is entered. Accordingly, the parties respectfully request that this Court enter the proposed Injunction and Judgment, which has been agreed to by all parties and has been submitted along with this filing.

Respectfully submitted on this 17th day of October, 2014,

| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANTS |
|---|---|
| /s/ Colby M. May | JOYCE R. BRANDA |
| Colby M. May (D.C. Bar No. 394340) | Acting Assistant Attorney General |
| American Center for Law & Justice | |
| 201 Maryland Avenue, N.E. | RONALD C. MACHEN JR. |
| Washington, D.C. 20002 | United States Attorney |
| Tel: 202-546-8890; Fax: 202-546-9309 | |
| cmmay@aclj-dc.org | JENNIFER RICKETTS |
| | Director |
| /s/ Edward L. White III | |
| Edward L. White III (D.D.C. Bar No. TX0116) | SHEILA M. LIEBER |
| Erik M. Zimmerman (adm. phv) | Deputy Director |
| American Center for Law & Justice | |
| 3001 Plymouth Rd., Suite 203 | /s/ Benjamin L. Berwick |
| Ann Arbor, MI 48105 | BENJAMIN L. BERWICK |
| Tel: 734-680-8007; Fax: 734-680-8006 | (MA Bar No. 679207) |
| ewhite@aclj.org | Trial Attorney |
| ezimmerman@aclj.org | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| Francis J. Manion (adm. phv) | 20 Massachusetts Avenue N.W. |
| Geoffrey R. Surtees (adm. phv) | Room 7306 |
| American Center for Law & Justice | Washington, D.C. 20530 |
| 6375 New Hope Road | Tel: 202-305-8573; Fax: 202-616-8470 |
| New Hope, Kentucky 40052 | Benjamin.L.Berwick@usdoj.gov |
| Tel: 502-549-7020; Fax: 502-549-5252 | |
| fmanion@aclj.org | |
| gsurtees@aclj.org | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2014, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record for Plaintiffs and Defendants who are all CM/ECF participants, including Defendants' lead counsel, Benjamin L. Berwick. Counsel may obtain a copy of the foregoing through the CM/ECF system.

/s/ Edward L. White III
Edward L. White III
American Center for Law & Justice
